[No. 66795-5-I.  Division One.  April 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW GARETT SILVA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-12167-8, Richard McDermott, J., entered October 13, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Schindler, J.

[No. 67109-0-I.  Division One.  April 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEROY SLY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-13008-4, James D. Cayce, J., entered May 9, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Cox, JJ.

[No. 67414-5-I.  Division One.  April 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON DOUGLAS ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-00050-4, Mariane C. Spearman, J., entered June 13, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Becker, J.

[No. 67649-1-I.  Division One.  April 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID CAMPBELL COPELAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-01413-1, LeRoy McCullough, J., entered September 2, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Becker, J.